Argued and submitted March 17, reversed and remanded for reconsideration
April 26, 1995

In the Matter of the Compensation of
Cleon Sinsel, Claimant.

Cleon SINSEL,
*Petitioner,*

*v.*

OREGON BOARD OF FORESTRY
and SAIF Corporation,
*Respondents.*

(WCB 92-10297; CA A81961)

894 P2d 551

Donald M. Hooton argued the cause and filed the brief for petitioner.

David L. Runner, Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Richardson, Chief Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks review of an order of the Workers' Compensation Board holding that his chest pains are not compensable. It appears that the Board analyzed the issue of compensability under our decision in *Mathel v. Josephine County*, 122 Or App 424, 858 P2d 450 (1993). After the Board's decision, the Supreme Court reversed our decision in *Mathel*. 319 Or 235, 875 P2d 455 (1994). We cannot determine whether the Board's decision would have been different had it addressed the issue consistent with the Supreme Court's reasoning. Consequently, we reverse the decision and remand to the Board for reconsideration in the light of the Supreme Court's opinion in *Mathel*.

Reversed and remanded for reconsideration.